Britney Gibson

Britmorris47@gmail.com

636-543-4930


Dear Judge Autrey,

My name is Britney Gibson, and I am the wife of Nathaniel Gibson. I am writing this letter with an open heart, praying that you will take the time to consider my letter regarding his upcoming sentencing. April 15, 2026, is quickly approaching, and it weighs heavily on my heart as it marks what feels like the final chapter in the most difficult time our family has ever faced. My hope is that this letter gives you a glimpse into the kind of man Nathaniel is. He is determined, dedicated, reliable, and above all else, a man committed to providing for his family.

We have been together for just over 14 years and married for almost four. During that time, we worked very hard to build a beautiful family and a happy home together. Those are memories that I will cherish forever. We have two children, Ryder (11) and River (2). They are two wild, energetic boys who constantly keep us on our toes, but they have also been such a bright light in our lives during this incredibly dark time. The emotional weight of this situation is difficult to put into words, but it has been a heavy burden for both of our children. Our oldest son, Ryder, is currently in weekly therapy to help him better process and understand everything that has happened. As a mother, it is heartbreaking to watch Ryder carry the heavy emotions that come with this. Nathaniel has always been a present and hands-on father. Before all of this, he never missed a sports practice, a game, a school program, or a parent-teacher conference. It looks very different in the ways he is able to show up for our children now, but he still finds ways to remain constant in their lives. He guides and encourages them to make the right decisions and teaches them right from wrong. Their bond has remained strong, and they continue to look to him for guidance and reassurance during these difficult times.

His main priority has always been providing for his family. He continues to work 60+ hour work weeks to provide for us while he still can. He rarely misses a day of work and does not turn down overtime. He does this selflessly because he understands the struggles I will face trying to provide for both of our boys on a single income. Throughout this process, our family has experienced significant loss. Some of these losses include our home, multiple vehicles, and many other things we spent years working to build together. This has been a painful and very humbling experience that has taken away the sense of stability my family once felt.

Nathaniel has been out on bond with Crawford County since March 2024 and on federal bond since September 2024. During that time, he has not violated his bond conditions once. He has worn an ankle monitor the entire time and has completed countless drug tests, therapy appointments, and home visits, all while maintaining a full-time job. Nathaniel has taken accountability for his actions and has shown his willingness to do whatever is required to move forward and put this behind him. I have always admired Nathaniel's strength, not only physically



but mentally as well. I have seen this situation take its toll on him. I know from our deep conversations that he has taken this situation to heart and is continuously using these difficult lessons as an opportunity for growth.

I fully understand that this is a very serious moment and that he must continue to take responsibility for his actions. However, as his wife, I respectfully ask that you consider my family when making your decision. As the father of our two boys, his presence means everything to us. They look up to him, learn from him, and rely on him daily. I have seen him reflect deeply on the choices that led him here, and I know this experience has changed him in ways that will stay with him for the rest of his life. I remain committed and will continue to support and encourage Nathaniel to better himself each day. I sincerely thank you for taking the time to read my letter.

Sincerely,

Britney Gibson