Suzette Gibson
1590 Lakeshore Drive
Cuba, MO 65453
636-744-4973


Dear Judge Autrey,

I am writing to you regarding Nathaniel Gibson, who is my son.

Nathan possesses many positive characteristics, and I hope this letter provides a good sense of the type of person he is.

Nathan is a generous and caring person who always cares about the well-being of others. He is willing to help anyone in need without hesitation. Everyone who interacts with him in his day-to-day life thinks very highly of him. This is not the result of manipulation or deception, it's because he is genuinely a good person.

Nathan is one of the hardest working people I know. He will work overtime at every opportunity.  At times he has worked in the extreme cold and heat and never complains. Nathan has worked since the year he turned 16, and everything he has had in life was the result of his hard work. He has always been a great provider for his family.

Nathan is strong in mind and body. He has never considered using drugs and I believe he has only consumed alcohol twice in his entire life. Up until a few years ago, he wouldn't even take ibuprofen to ease sickness or pain.

Being honest and responsible are also admirable qualities of Nathan. I've never had to worry about him being dishonest. He had never even so much as faked sickness to miss school. Nathan is the type of person to accept responsibility and do whatever is expected of him.

Nathan is an adventurous person who enjoys his time spent on outdoor activities. He and his family and friends have had numerous hobbies, including fishing, boating, dirt bike and four-wheeler trail riding, hunting, jet skiing, and horseback riding. There are numerous other wholesome activities that he enjoys such as hiking, jogging, sky diving, working out, Blackstone grilling for his family, and he has played multiple sports for both fun and competition.

Everyone who is a part of his life will deeply miss Nathan during his prison sentence. My greatest concern is for his wife and children. Nathan is an amazing father and husband. His family absolutely depends on him emotionally and financially. Nathan, his wife, and children are loved tremendously by myself, my other two children and numerous others.



DEFENDANT'S
EXHIBIT

B

We will continue to support and do everything we can for all of them during this extremely difficult time.

My immediate family is small: two sons and their wives, one daughter and her boyfriend, four grandsons and a granddaughter expected in July. We share a deep love and strong bond with one another. We spend time together every weekend, sometimes it's only us and sometimes with other family members and friends. We will not feel complete during Nathan's time away.

I do appreciate that the courts allowed Nathan to stay out on bond and live with me during this process. He has helped me with numerous repairs, maintenance and chores. But most importantly I hope it helps you and the courts see he has followed all the rules and has done everything required of him. He will certainly continue this behavior while in prison, and without a doubt when he is released.

I apologize if this letter seems to downplay the situation, that is not my intent. The lawyer advised to not mention details of the case in the letter. I fully understand how serious the charges are and that a punishment is required. My only hope is that all the facts and opinions shared about his good qualities will be considered in your decision regarding the length of his prison sentence. I respectfully ask that you will consider the least amount of time possible for Nathan. I truly believe he will never be in a situation like this again or involved in any sort of trouble.

I sincerely appreciate the time you have taken to read this letter.

Respectfully,

Suzette Gibson