Daniel Gibson
6354 Highway JJ
Sullivan, MO 63080

The Honorable Judge Autrey

Subject: Character Letter for Nathaniel Gibson

Dear Judge Autrey,

My name is Daniel Gibson, and I am writing to you regarding my older brother, Nathaniel Gibson, and his upcoming sentencing. I truly appreciate you taking the time to read this letter and consider my perspective.

Nathaniel has always been someone who looks for opportunities to help people in need. He is the kind of person who would genuinely give someone the shirt off his back if it meant helping them. I have seen that kind of generosity from him throughout our entire lives.

Growing up, he was always the kind of big brother who made sure I was protected. He looked out for me and always tried to guide me in the right direction. A lot of the lessons I learned about life, about treating people with respect, and about carrying yourself with pride came from watching him and listening to the advice he gave me over the years. He has always tried to lead by example and show me how important it is to be a good person.

Nathaniel is also one of the hardest working people I know. Providing for his family has always been extremely important to him, and being a father is something he takes a lot of pride in. The way he loves and supports his family is something I truly admire. In many ways, he has inspired me to try to be a better husband, father, and contributing member of society.

I understand that the court only sees Nathaniel through the details of this case, but I wanted to share what I know about him as someone who has known him his entire life. From the bottom of my heart, I can say that he truly is a good person. Despite the circumstances that have brought him before the court, I believe the world would be a better place if more people had the kind of work ethic and values that he tries to live by.

I also understand the seriousness of the situation before the court, and I know Nathaniel does as well. I simply ask that you consider the kind of person he has been throughout his life and the positive influence he has had on the people around him.

Thank you for your time and for considering my thoughts.

Sincerely,

Daniel Gibson

