Amy Gibson
6354 Highway JJ
Sullivan, MO 63080

The Honorable Judge Autrey

Subject: Character Letter for Nathaniel Gibson

Dear Judge Autrey,

My name is Amy Gibson, and I am writing to you regarding my brother-in-law, Nathaniel Gibson, and his upcoming sentencing. I have known Nathaniel for the past 16 years, and I appreciate the opportunity to share my perspective about the kind of person he is.

Prior to the circumstances that brought him before the court, Nathaniel helped numerous members of the community by donating items to families in need. He has given clothing, household items, and food to people who were struggling. Every year he would also donate money to Christmas programs for families who could not afford to provide gifts for their children. Nathaniel has always been someone who looks for ways to help others and lend a hand to anyone who needs it.

Nathaniel is also an extremely hard worker. He has always been willing to work overtime and weekends to provide for his family, and at times to make a little extra so he could help those in need. Taking care of his family has always been one of his highest priorities, and his dedication to providing for them has always stood out to me.

Family truly comes first for Nathaniel. He is a wonderful uncle to my two sons, and they absolutely adore him. He is also an incredibly devoted father to his own two boys. Before this situation, he never missed a practice or a game and was always there supporting anything his sons wanted to do. He is a very involved parent who spends a lot of time with his children—practicing sports with them, playing games, helping them read, and encouraging them to learn about whatever interests them.

Even in everyday moments, it is clear how much he loves and prioritizes his family. Nathaniel frequently cooks dinner for them and always serves his children and his wife first before serving himself. It may seem like a small thing, but it shows the kind of man he is and where his priorities truly lie.



DEFENDANT'S EXHIBIT

D

Nathaniel also had a difficult childhood and faced many struggles growing up. Seeing everything he has overcome and the life he has worked so hard to build for himself and his family has always been inspiring to me.

Throughout this entire process, Nathaniel has respected the court and has followed every rule and requirement placed upon him. I believe he understands the seriousness of the situation and will continue to respect the law moving forward.

I understand the seriousness of the situation before the court, but I wanted to share my experience with Nathaniel as someone who has known him for many years. I respectfully ask that you please take these things into consideration when deciding his sentence.

Thank you for your time and consideration.

Sincerely,

Amy Gibson