Kaitlyn Gibson

March 6, 2026

Dear Judge Autrey,

My name is Kaitlyn Gibson and I am writing on behalf of my older brother, Nathaniel Gibson. I'm writing to you today to ask for leniency when considering his sentencing.

While our family is not the type to outwardly express our love constantly, we show it by showing up for each other and Nathan is no stranger to that. Anyone you speak to will tell you that he is outgoing with his actions and never shys away from anyone in need.

Nathan is an amazing brother and an astounding father. I've had the pleasure of witnessing him be there for his two boys, Ryder (11), River (2) and his wife Britney. Whether it is just sitting and watching movies, throwing the football and playing t ball, playing hot wheels for hours, giving good advice and so on Nathan never hesitates to be there for them or anyone for that matter. He works extremely long days making sure his family is provided for and absolutely never lets them go without. Watching him grow into this amazing family man truly brings joy to my heart.

I will be a new mother in these next couple months and the thought of my daughter, Maisley, not knowing her uncle Nate for the first years of her life brings me such sadness.

Words cannot describe how much he will be missed by everyone that loves him. His ability to make everyone in the room laugh until their stomachs hurt will certainly not go unnoticed. To say his presence during every family event, from the restaurant dinners to our casual weekend get togethers will be missed is an extreme understatement.

I kindly ask that you take my letter and everyone else's that has shown their support into great consideration.


Sincerely,

Kaitlyn Gibson



**DEFENDANT'S EXHIBIT**

E