Fernando Aguilera

March 13, 2026

Dear Judge Autrey,

My name is Fernando Aguilera, I am writing this letter on behalf of my girlfriends brother Nathaniel Gibson. I'm writing this with the hopes that you will consider leniency when determining his sentencing.

I have had the pleasure of seeing Nathan interact with family and my honest opinion is that he is a good man with strong family ties. He supports his children and wife both financially and emotionally.

Nathan is the fun guy always giving everyone a reason to laugh. Watching him with his two kids laughing and playing is something special.

He and the rest of the family have made me feel welcomed. I can only hope that the daughter me and my girlfriend, Kaitlyn, are expecting in early July will get to have a relationship with her uncle Nate and get to experience the laughter that comes with Nathan just as everyone else has.

I hope this reaches you well and you take my words into consideration.

Sincerely,

Fernando Aguilera

