Re: Nathan Gibson

Dear Judge Autrey,

I am writing this in support of Nathan Gibson's personal character. Nathan has been in compliance and eager to abide by the court's wishes regarding every allegation and charge against him, in order to make things right for his family and himself. He stands beside his wife and has awaited direction at the courthouse and police station on how he can be most respectful in getting right with the law and returning to providing for his wife and two boys.

Nathan Gibson and his wife, Britney, came into my life when they were seeking childcare for their oldest boy, Ryder Gibson, who was age 2 at the time. I have been their childcare provider for nine years. I have been in business for myself with my in-home childcare for 28 years. Now I also care for their youngest child, River, who is 2.

Our relationship has grown over the years. I now also watch Nathan's brother's children, and I attend family special occasions and birthday celebrations. When Nathan used to drop the boys off in the mornings or pick them up, we would always visit and talk about the boys' development and even our workouts and gym life. He gives me good Spotify programs to listen to and advice on lifting.

In the fall, I bake them bread and make pumpkin spice butter for them. We attend the local Heartland Farms Pumpkin Patch as a childcare family. They send me family photos almost every weekend when the boys are not here so we can stay close with the family. It's all so sweet.

They pay me every Thursday, $305 for the boys, and they have never missed a payment. I do Christian-based childcare, and their oldest boy has decided he wants to get baptized. He is really into sports as well. Nathan delights in being present for his children, and I have gone to watch Ryder play. He is a loving husband and an involved father. Nathan works very hard to give his family the very best.

When he was previously in my home interacting with the children, he was very loving and easygoing. Everyone knows him and talks with him. Sometimes he would play ball with the kids in the yard. I truly care for this family and pray every day for Nathan. The boys need their daddy, and Britney needs her husband.

When this hardship came upon them, I told them not to pay me and that I would help them however I could. They turned around the very next day and paid me for two weeks in advance and still have not missed a payment. Nate is always about his family, and I know he will comply and do whatever he can to get back to them by following the court's rules.

Sincerely,

Kylie J Feese 3-15-26

Kylie Feese

DEFENDANT'S EXHIBIT

G