**Christopher Burton**
Senior Vice President Of Operations
Fusion Telecom Services, LLC
2310 US Highway 50 Union, MO 63084
cburton@fusiontelecomm.com
(713)543-1294

The Honorable Judge Autrey

Character Reference for Nathaniel Gibson

Your Honor,

I respectfully submit this letter on behalf of **Nathaniel Gibson,** whom I have known for the past year in my capacity as his Employment Overseer. I fully recognize the seriousness of the matter before the Court, and I do not intend to minimize the circumstances in any way. My purpose is simply to provide insight into Nathaniel's character, work ethic, and the personal qualities I have observed firsthand.

Throughout the time I have known Nathaniel, he has consistently demonstrated qualities that speak to his integrity and his ability to make positive contributions in a professional environment. He is reliable, honest, dedicated to his work, and consistently displays a strong work ethic. Nathaniel has also shown a tremendous ability to communicate with and mentor other employees. He takes pride in helping others succeed and does so with patience, respect, and a genuine desire to see those around him improve.

Nathaniel is routinely the first to arrive at the office and one of the last to leave. His leadership is evident not only in his performance but in the example he sets for others. Through his mentorship, he has helped develop employees who now reflect the same professionalism, discipline, and commitment that he brings to the workplace every day.

I hope the Court finds this perspective helpful and reflective of the positive attributes Nathaniel brings to those around him.

Thank you for your time and consideration. I understand the weight of your decision, and I remain available should the Court require any additional information.

Respectfully,

Christopher Burton
SVP of Operations
Fusion Telecom Services, LLC



DEFENDANT'S EXHIBIT

H