Elizabeth Brockett

377 Cedar St. Apt 105

Bourbon, MO 65441

636-887-5574


March 13, 2026


To Judge Autrey:


I have known Nathaniel Gibson all of his life since he is my cousin and we have grown up together. Family has always been Nathan's center. He deeply cares for his family and he would do anything for them.  It is clear he loves being a father to his two children, Ryder and River and he is a devoted husband to his wife, Britney. He is also a very hard working and diligent person who not only works to provide for his family, but always willing to help family and friends with whatever they need. They're have been a number of times throughout the years I have asked for help and he didn't hesitate to assist me.


Sincerely,

Elizabeth Brockett



DEFENDANT'S
EXHIBIT
tabbies
I