March 14th, 2026

RE: Nathaniel Gibson

Your Honor,

I am writing with great respect for the seriousness of the decision before you. My cousin, Nathaniel Gibson, has been a close member of my family and a friend for my entire life. I respectfully ask that you consider a reduced sentence in his case.

My request is not only for Nathan, but for his two sons, who rely on him as their father and role model. I believe deeply that Nathan will dedicate himself to being a lawful, responsible, and present parent for them. His ability to remain involved in their lives will have a meaningful impact on their stability and future.

Throughout this process, Nathan has demonstrated cooperation and respect for the legal system. From what I have personally witnessed, his priority has been his family and addressing the circumstances before him responsibly. I do not believe he poses a danger to the community, and I am confident he will continue to comply with all court requirements and expectations.

I fully understand the serious nature of these charges and the responsibility the court carries in protecting the community. My hope is simply that Nathan will be given the opportunity to continue working, supporting his children, and maintaining a stable and positive environment for his family while demonstrating that he can be a productive and law-abiding member of society.

Thank you for your time and consideration.

Respectfully,

Victoria Keith

*Victoria Keith*



DEFENDANT'S
EXHIBIT

J