Mike Krygiel

2150 Oakshire Farm

Union, MO 63084

03.12.2026

The Honorable Judge Autrey

Re: Character Reference for Nathaniel Gibson

Dear Judge Autrey,

I am writing to respectfully provide a character reference for Nathaniel Gibson. I have known Nathaniel for many years; I have been able to spend those years with him as one of my best friends and as a fellow employee for many years, and over that time I have had the opportunity to see firsthand the kind of person he truly is. Because of that long-standing relationship, I felt it was important to share my perspective with the Court.

Nathaniel is someone I have always known to be loyal, hardworking, and dependable. In my experience, he is the type of person who takes pride in doing the right thing and being there for the people around him. I have personally seen him step up to help friends and family when they needed support, often putting others before himself. His character has consistently shown that he values responsibility, respect, and hard work.

Nathaniel has many qualities that make him a positive member of the community. He cares about the people around him, works hard, and has the potential to continue contributing in a meaningful and responsible way. I passionately believe he deserves the opportunity to move forward and continue building a better future.

I have had the pleasure of working with Nathaniel for several years now and he has always been the employee I could rely on no matter the task he was handed. He has been a leader and great mentor to new hires I have brought in over the years and has shaped a lot of boys into men over those years while teaching them many different jobs in our trade of being underground utility workers.

I respectfully ask that the Court consider Nathaniel's character and the many positive qualities he demonstrates when reviewing his case. Thank you for taking the time to read and consider my letter.

Respectfully,

Michael Krygiel

573-263-6804

DEFENDANT'S
EXHIBIT

K