Timothy Grant Montgomery

March 10, 2026

Dear Judge Autrey,

My name is Timothy Montgomery, and I am a close friend of Nathaniel Gibson.

I have known Nate for several years now. We met at work, and he quickly became one of my closest friends. Over time, our friendship has grown into more of a brotherly bond. Even though we no longer work together, we still speak on the phone nearly every day. Talking with him on my drive to work has become part of my daily routine.

I am currently traveling out of town for work, and having Nate as someone I can confide in has made that transition much easier. He has always been someone I can rely on, and he has consistently shown that he is willing to help others whenever they need it. In the years I have known him, he has proven himself to be dependable, trustworthy, and supportive.

Over the past few years, I have also become close with Nate's family. Spending time with them has shown me how important family is to him. It is especially clear how much his sons look up to him. Watching the way they admire him and the role he plays in their lives speaks volumes about the kind of father and role model he strives to be.

I respectfully ask that you consider Nate's character, his dedication to his family, and the positive impact he has on those around him when making your decision.

Thank you for your time and consideration.

Sincerely,

Timothy Grant Montgomery

