Courtland Geisler
March, 15, 2026

Dear Judge Autrey,

My name is Courtland Geisler. I'm a friend of Nathanial Gibson who is being sentenced on April 15th, 2026. I'm writing this letter asking for you to show leniency during your sentencing.

I met Nate while working together in 2021 and proceeded to develop a strong friendship with him. Working together and riding together every day we shared in conversations of family, friendship, and faith. Nate is one of the most genuine and truest people I've ever met. He is a man that puts the care of his family and loved ones above all else. I've watched on many of occasions when he has spent countless hours and sleepless nights providing for those he loves. This went beyond material support, Nate is the type of man that will be there for you in a moments notice, whether a kind ear or physical help. Nate is an example, if not the definition of compassion and friendship.

Nate is a devoted husband and father who desires nothing more than to see his children grow up and be successful. I know that this situation is serious and no light matter. I do genuinely believe though that this world is better with people like Nate in it.

With that said I ask that you take into consideration the man he is, not just the situation, into consideration when you come to your decision on his sentencing. I truly believe he has much to contribute to society, to offer is family and his friends if given the opportunity.

I thank you for your time and consideration of my letter.

Sincerely,
Courtland Geisler

DEFENDANT'S EXHIBIT

M
