Lacie Geisler
March, 15, 2026

Dear Judge Autrey,

My name is Lacie Geisler. I'm a friend of Nathanial Gibson who is being sentenced on April 15th, 2026. I'm writing this letter asking for you to show leniency during your sentencing.

I met Nate thru my husband when they began working together in 2021. Though I may not have spent a lot of time with Nate physically I came to know him and the man he is through my husband and the countless hours they worked and spent together.

Nate is a good father and a wonderful husband. He is always doing anything and everything in his power to provide and care for his wife and children. He care goes beyond that though. Nate is brother and a friend. I could share countless stories my husband has share with me about Nate and the full extent he will go to to help his family, friends and those who need it. There is no mystery or hidden features when it comes to who he is. The man you see is the man he is. I have spent hours having conversations with him and my husband on the phone, and through those conversations, the laughter and companionship, I firmly believe Nate is one of the best of us!

With that being said I ask that you take into consideration then the qualities that make him the great person he is when sentencing him. I firmly believe the world is a better place having people like Nate in it and he still has so much to contribute to the world, his family and his friends.

I thank you for your time and consideration of my letter.

Sincerely,
Lacie Geisler

**DEFENDANT'S EXHIBIT**

N