**Breanna King**
573-205-4318
kingbreanna2222@gmail.com

**March 12, 2026**

**The Honorable Judge Autrey**

**Re: Character Reference for Nathaniel Gibson**

Dear Judge Autrey,

My name is Breanna King, and I am writing to the court as a character reference for Nathaniel Gibson. I have known Nathaniel for approximately fourteen years through my close friendship with his wife, Britney. Because of this long friendship, I spent a great deal of time with their family over the years and was able to observe Nathaniel not only socially, but also within his role as a husband and father in his home. I have had the opportunity to witness firsthand his dedication, care, and involvement with his family over many years.

During the many years I knew Nathaniel prior to these charges, I consistently observed him to be a devoted and loving family man. Nathaniel worked long hours, yet he still made it a priority to come home and be present with his family. It was common for him to step in and help Britney with cooking, cleaning, and other household responsibilities even after a full day of work. Just as importantly, he made time to be involved in his son Ryder's life, spending quality time with him and being an active and attentive father.

Watching Nathaniel and Britney build their life together as a family was something I truly admired. Their relationship appeared to be built on teamwork, mutual respect, and a deep love for their children. They made time for each other and their family despite the demands of everyday life, and the home they created reflected that commitment and care.

Their oldest son, Ryder, will be entering middle school this coming year and is very active in sports. This is an important and formative stage of life for a young boy, and it has been difficult to watch him go through these milestones without his father's daily presence and guidance during such a pivotal time in his development. Their youngest son, River, will be celebrating his third birthday this coming August. He is already a bright, happy, and coordinated little boy who brings so much joy to those around him. It is clear how meaningful it would be for both boys to have the opportunity to grow up with their father actively involved in their lives.

I fully understand that the court must consider the seriousness of the circumstances in this case, and I do not intend to diminish that in any way. My purpose in writing is simply to share the character of the man I knew for many years before this situation. The



DEFENDANT'S
EXHIBIT

0

Nathaniel I came to know was hardworking, supportive, and deeply devoted to his family.

I believe Nathaniel has the capacity to reflect on his mistakes, grow from this experience, and continue striving to be a positive influence in the lives of his children and those around him. He has a family and community that care deeply about him and who would support him in continuing to rebuild his life in a responsible and constructive way.

Thank you for taking the time to consider my perspective. I respectfully ask that the court take these aspects of Nathaniel's character and family life into consideration during sentencing.

Respectfully,

Breanna King

**Breanna King**
Close Family Friend of the Gibson Family for 14 Years