3-15-26

DEAR JUDGE AUTREY,

MY NAME IS MATTHEW POOLE AND IM WRITING ON BEHALF OF MY FRIEND NATHAN GIBSON.

I MET NATHAN WHILE WORKING FOR J.F. ELECTRIC. HE WAS ALWAYS A GREAT WORKER AND ALWAYS SHOWED UP TO DO HIS JOB.
AS I GOT TO KNOW HIM ON A PERSONAL LEVEL, HE ALSO BECAME A GREAT FRIEND.
HE IS A GREAT FAMILY MAN AND FRIEND.
HE IS THE TYPE OF GUY WHO IS WILLING TO HELP ANYONE IN NEED.
I UNDERSTAND THE SERIOUSNESS OF THE SITUATION, BUT I ASK YOU CONSIDER NATHANS CHARACTER AND POSITIVE ROLE HE PLAYS FOR HIS FAMILY.

THANK YOU FOR YOUR TIME AND CONSIDERATION

RESPECTFULLY

MATTHEW POOLE


DEFENDANT'S EXHIBIT
P