Tim Lee

February 27, 2026

Dear Judge Autrey,

My name is Tim Lee and I am a friend of Nates and the Gibson family. I own and operate a small cattle farm in Argo, Mo where I met Nate about ten years ago; He would buy any extra hay I had for his horses. I wanted to share with you some of the things I saw in his character during this difficult time for him and his family.

Nate knew my boys were grown and live out of state and that I worked alone most of the time on the farm. He would always offer to help and tell me to call him if I needed anything. He showed kindness, compassion, respect and curtesy. I could also see the love he has for his family and that he is a good provider for them.

I understand the seriousness of this situation and I pray that you consider some of Nates positive qualities. I believe in his character and his ability to do better moving forward.

Thank you for your time and understanding.

Sincerely,

Tim Lee

DEFENDANT'S
EXHIBIT
Q